## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:16CR300 RLW |
| | ) |
| MARK A. BECKHAM, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation and Memorandum of

United States Magistrate Judge Shirley Padmore Mensah (ECF No. 75). Defendant Beckham

filed a Motion to Strike Surplusage regarding paragraphs 1-8 in the superseding indictment (ECF

No. 65). The Government filed a Response in opposition to Defendant's Motion to Strike

Surplusage (ECF No. 68). On April 13, 2016, Magistrate Judge Mensah held a hearing on the

motion. Subsequent to the hearing, Defendant filed a Memorandum of Supplemental Authority

(ECF No. 73), and the Government filed a response (ECF No. 74).

Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate

Judge Mensah, who filed a Report and Recommendation and Memorandum on May 23, 2017

(ECF No. 75). Defendant Beckham filed objections to the Report and Recommendation on June

6, 2017 (ECF No. 77), and the Government filed its response on June 12, 2017 (ECF No. 81).

Defendant Beckham objects to Magistrate Judge Mensah's finding that the allegations in

paragraphs 1 through 8 are not irrelevant, nor do they contain prejudicial and/or inflammatory

matter such that the Motion to Strike Surplusage should be denied. Defendant contends that

Magistrate Judge Mensah should have resolved a split among the circuit courts as to whether a

defendant must be aware of the existence of an IRS investigation or proceeding to be convicted of violating 26 U.S.C. § 7212(a). The Court finds that Defendant Beckham's objections are not persuasive.

Magistrate Judge Mensah recommends that Defendant's Motion to Strike Surplusage (ECF No. 65) be denied. After *de novo* review of this matter, the Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation and Memorandum of United States Magistrate Judge Shirley Padmore Mensah (ECF No. 75) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant Beckham's Motion to Strike Surplusage (ECF No. 65) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant Beckham's Motion to Suppress Physical Evidence and Statements Obtained from Defendant after July 23, 2012 (ECF No. 36) is **DENIED**.

Dated this 13th day of June, 2017.

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**