# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-1406

United States of America

Appellee

v.

Mark A. Beckham

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cr-00300-RLW-1)
_____

**ORDER**

Appellant's motion for release on bail pending appeal is granted. The release shall be upon such conditions as may be set by the United States District Court for the Eastern District of Missouri upon receipt of a copy of this order.

May 15, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans